NUMBER 13-03-295-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________

SCI TEXAS FUNERAL SERVICES, INC., INDIVIDUALLY 
AND D/B/A BUENA VISTA BURIAL PARK, AND 
AS SUCCESSOR IN INTEREST TO STILLBROOKE 
CORPORATION OF TEXAS D/B/A BUENA VISTA 
BURIAL PARK,                                                                 Appellant,

v.

SOCORRO ROUSSETT, ET AL.,                                          Appellees.
____________________________________________________________________

On appeal from the 107th District Court
of Cameron County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Castillo
Memorandum Opinion Per Curiam

         Appellant, SCI TEXAS FUNERAL SERVICES, INC., INDIVIDUALLY AND D/B/A
BUENA VISTA BURIAL PARK, AND AS SUCCESSOR IN INTEREST TO STILLBROOKE
CORPORATION OF TEXAS D/B/A BUENA VISTA BURIAL PARK, perfected an appeal
from a judgment entered by the 107th District Court of Cameron County, Texas, in
cause number 1999-12-5297-A. After the record and briefs were filed and after the
cause was submitted to the Court, the parties filed a joint motion to dismiss the
appeal. In the motion, the parties state that they have reached a settlement regarding
the matters at issue in this appeal. The parties request that this Court dismiss the
appeal and that costs be borne by the party incurring same.
         The Court, having considered the documents on file and the joint motion to
dismiss the appeal, is of the opinion that the motion should be granted. The joint
motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs of appeal
are adjudged against the party incurring same.
                                                               PER CURIAM
Memorandum Opinion delivered and filed this
the 12th day of May, 2005.